NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: stephan.collins@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                         )<br>                     Plaintiff,          )<br>                                                         )　STATUS REPORT PURSUANT TO<br>     vs.                                              )　COURT'S ORDER<br>                                                         )<br>   Demientieff, et al,                      )<br>                                                         )<br>                     Defendants.      )<br>                                                         )<br>_____)   | Case No. 3:00-cr-00056-HRH |

COMES NOW the United States Attorney's Office, by and through counsel, pursuant to the court's order hereby reports that this action is not resolved and Donovan King remains a fugitive.

//

Accordingly, the warrant of arrest should remain outstanding.

RESPECTFULLY SUBMITTED this 31st day of July 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/ Stephan A. Collins
STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: stephan.collins@usdoj.gov