# United States District Court
for the
# DISTRICT OF ALASKA



RECEIVED
OCT 17 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: A00-0056-06 |
| ) | |
| vs. ) | WARRANT FOR ARREST |
| ) | |
| KING, Donovan ) | |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KING, Donovan and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with seven violations of his term of supervised release.

REDACTED SIGNATURE
H. Russel Holland
Senior U.S. District Court Judge

Date 8/18/05

| RETURN OF SERVICE |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |
| **EXECUTED ON WRIT**   ACC-W ANCHORAGE, AK |

| Date Received: 8/18/05 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 10/17/07 | USM ~~Randy M. Johnson~~ | |