```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. ___DONOVAN KING___   CASE NO. _3:00-CR-00056-06-HRH_
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____SUZANNETTE LUCERO_____

UNITED STATES' ATTORNEY: _____STEPHAN COLLINS_____

DEFENDANT'S ATTORNEY: _____MARY GEDDES for KEVIN MCCOY, APPOINTED_____

U.S.P.O.: _____ERIC ODEGARD_____

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD 10/18/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:38 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to
    defendant: waived reading.

_X_ Defendant sworn.

_X_ Defendant advised of general rights and charges.

_X_ Defendant stated true name: ___DONOVAN KING___ Age: _____

_X_ Financial Affidavit **FILED.**

_X_ Federal Public Defender accepted appointment; FPD notified.

_X_ Defendant **DENIED** allegations _1, 2, 4, 5, 6, 7 of the Petition
    to Revoke Supervised Release (Dkt 260)._

_X_ Amended Petition or Consent to be filed by **October 25, 2007**
    or matter shall be transferred to a U.S. District Judge.

_X_ Order of Detention Pending Hearing **FILED.**

_X_ OTHER: _Court and counsel heard re difference in allegations
    2 and 3; Court **DISMISSED** allegation 3 without prejudice._

At 1:51 p.m. court adjourned.

DATE: ___October 18, 2007___   DEPUTY CLERK'S INITIALS: ___SCL___

Revised 6-18-07