evin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:00-cr-00056-06-HRH |
| Plaintiff, | |
| vs. | **ENTRY OF APPEARANCE** |
| DONOVAN WAYNE KING, | |
| Defendant. | |

Kevin F. McCoy, Assistant Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant DONOVAN WAYNE KING in the above-captioned action.

DATED at Anchorage, Alaska this 26th day of October 2007.

Respectfully submitted,

/s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:		907-646-3400
Fax:		907-646-3480
E-Mail:		kevin_mccoy@fd.org

<u>Certification</u>:
I certify that on October 26, 2007,
a copy of the ***Entry of Appearance***
was served electronically on:

Stephan A. Collins
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/Kevin F. McCoy