```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.  DONOVAN KING    CASE NO. 3:00-CR-00056-06-HRH
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           CAROLINE EDMISTON

UNITED STATES' ATTORNEY:         STEPHAN COLLINS

DEFENDANT'S ATTORNEY:            KEVIN MCCOY

U.S.P.O.:                        ERIC ODEGARD

PROCEEDINGS: INITIAL APPEARANCE ON AMENDED PETITION TO REVOKE
             SUPERVISED RELEASE (DKT 298) HELD 10/26/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:03 p.m. court convened.
```

 X Copy of Initial Appearance on Amended Petition to Revoke Supervised Release given to defendant: read.

 X Defendant advised of general rights, charges and penalties; Waived reading of rights.

 X Defendant **DENIED** Allegations 1, 2, 3, 4 and 5 of the Amended Petition to Revoke Supervised Release.

 X Consent to be filed on or before **October 31, 2007 by 4:00 p.m.** or case shall be transferred to a U.S. District Judge.

 X Defendant's detention continued.

At 3:11 p.m. court adjourned.


DATE:    October 26, 2007      DEPUTY CLERK'S INITIALS:  CME

Revised 6-18-07