Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DONOVAN WAYNE KING,<br><br>　　　　Defendant. | NO. 3:00-cr-00056-06-HRH<br><br>**CONSENT TO PROCEEDING BEFORE MAGISTRATE JUDGE** |

　　　　Donovan King hereby consents to an evidentiary hearing before the magistrate judge on the petition to revoke supervised release at Docket No. 298.

　　　　DATED at Anchorage, Alaska this 30th day of October 2007.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　/s/Kevin F. McCoy
　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　601 West Fifth Avenue, Suite 800
　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　Phone:　　　907-646-3400
　　　　　　　　　　Fax:　　　　907-646-3480
　　　　　　　　　　E-Mail:　　　kevin_mccoy@fd.org

Certification:
I certify that on October 30, 2007,
a copy of the *Consent to Proceeding Before Magistrate Judge* was served electronically on:

Stephan A. Collins
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/Kevin F. McCoy