MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __DONOVAN KING__ CASE NO. __3:00-CR-00056-06-HRH__
Defendant: _X_ Present  _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: _____STEPHAN COLLINS_____

DEFENDANT'S ATTORNEY: _____KEVIN MCCOY_____

U.S.P.O.: _____ERIC ODEGARD_____

PROCEEDINGS: EVIDENTIARY HEARING ON AMENDED PETITION TO REVOKE SUPERVISED RELEASE (DKT 298)/INITIAL APPEARANCE ON SECOND AMENDED PETITION TO REVOKE SUPERVISED RELEASE (DKT 304) HELD 11/06/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:36 p.m. court convened.

Copy of Second Amended Petition to Revoke Supervised Release given to defendant; read.

Defendant **DENIED** allegations 1, 2, 3, 4 & 5 of the Second Amended Petition to Revoke Supervised Release.

Defendant's detention continued.

Court and counsel heard re defendant's filing of Notice of Appeal in the State of Alaska Case and the government's oral motion to hold this case in abeyance and file a status report with the court; **GRANTED.**

Court ordered Mr. Collins to file a Status Report with the court within 45 days.

At 1:47 p.m. court adjourned.

DATE: __November 6, 2007__  DEPUTY CLERK'S INITIALS: __CME__

Revised 6-18-07