NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                                          )<br>                             Plaintiff,     )<br>                                                          )<br>             v.                                        )<br>                                                          )<br>DONOVAN KING,                              )<br>                                                          )<br>                             Defendant. )<br>_____) | Case 3:00-CR-0056 HRH<br><br><u>STATUS REPORT</u> |

Pursuant to the Court's order, the United States submits its report in this matter on the status of the defendant's appeal of his state of conviction and its affect upon the pending petition to revoke the defendant's term of supervised

release, which is based upon the counts of conviction that the defendant is now appealing to the State of Alaska Court of Appeals.

According to the Alaska Court of Appeals web site, the court of appeals is still awaiting the transcripts of the defendant's trial, and, as far as undersinged counsel could discern, there is no indication that the court of appeals has set a briefing schedule.  Thus, it appears the defendant's appeal has not yet been resolved.

Therefore, this Court should continue to hold this matter in abeyance until the defendant's appeal is resolved.

RESPECTFULLY SUBMITTED this day, March 31, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

A copy of this was served via electronic service to
Kevin McCoy
Counsel for King