NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case 3:00-CR-0056 HRH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STATUS REPORT |
| DONOVAN KING, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Pursuant to the Court's order, the United States submits its report in this matter on the status of the defendant's appeal of his state of conviction and its affect upon the pending petition to revoke the defendant's term of supervised

release, which is based upon the counts of conviction that the defendant is now appealing to the State of Alaska Court of Appeals.

For the last week, counsel for the United States has been attempting to access the State of Alaska Court of Appeals web site for the status of the defendant's appeal. According to the Alaska Court of Appeals web site, information about currently pending appeals is unavailable until the web site is repaired. The United States contacted defense counsel, Kevin McCoy, and he was unaware of the current status of that appeal, but he believed the defendant was still in custody serving the state sentence imposed in the case now on appeal. Thus, while the United States has no official confirmation that the defendant's appeal is still pending, it appears though from the fact that the defendant is still imprisoned, that the defendant's appeal has not yet been resolved.

\\

\\

\\

Therefore, this Court should continue to hold this matter in abeyance until the defendant's appeal is resolved.

RESPECTFULLY SUBMITTED this day, August 5, 2008, in Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/Stephan A. Collins
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: stephan.collins@usdoj.gov
> AK # 8911061

A copy of this was served via electronic service to
Kevin McCoy
Counsel for King