IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )
                                 )
        vs.                      )
                                 )
DONOVAN KING (D-06)              )
                                 )    No. 3:00-cr-0056-HRH
                Defendant.       )
_____)
```

O R D E R

Case Status

The court is in receipt of the Government's status report.[1] Surely there is some means other than the Alaska Court of Appeals website to verify that Mr. King's state appeal is or is not still pending and his custodial status.

The Government will please file a further status report on or before August 21, 2008.

DATED at Anchorage, Alaska, this <u>6th</u> day of August, 2006.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 315.

- 1 -