Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       vs.<br><br>DONOVAN WAYNE KING,<br><br>              Defendant. | Case No. 3:00-cr-0056-HRH-JDR<br><br>**ENTRY OF APPEARANCE** |

      Mary C. Geddes, Assistant Federal Public Defender, enters her appearance as counsel for defendant Donovan Wayne King in the above-captioned action, and requests that copies of all future court documents and correspondence be electronically served on her or sent to Mary C. Geddes, Assistant Federal Defender, 601 West 5th Avenue, Suite 800, Anchorage, AK 99501.

DATED this 26th day of August, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on August 26, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Stephan A. Collins, Esq.

/s/ Mary C. Geddes