Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DONOVAN WAYNE KING,<br><br>    Defendant. | NO. 3:00-cr-00056-06-HRH<br><br>**NOTICE TO DISCONTINUE ELECTRONIC SERVICE** |

      Kevin F. McCoy hereby notifies the Court that he is no longer an active participant in *United States v. Donovan Wayne King*, Case No. 3:00-cr-00056-06-HRH, and hereby authorizes the Clerk's Office to terminate service of all future documents filed in this case.

      DATED at Anchorage, Alaska this 26th day of August 2008.

      Respectfully submitted,

      /s/Kevin F. McCoy
      Assistant Federal Defender
      601 West Fifth Avenue, Suite 800
      Anchorage, AK 99501
      Phone:      907-646-3400
      Fax:        907-646-3480
      E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on August 26, 2008,
a copy of the *Notice to Discontinue
Electronic Service* was served electronically
on:

Stephan A. Collins
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/Kevin F. McCoy